COMMONWEALTH of Pennsylvania, Respondent

v.

Kristen Lynn **STRAUSSER, Petitioner**

No. 499 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Kenneth Gailyn **HIXON, III, Petitioner**

No. 471 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Brett Allen **WOODSIDE, Petitioner**

No. 497 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

**AND NOW,** this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**